**Michael John STONE, Petitioner— Appellant,**

v.

**Jackie CRAWFORD, Respondent— Appellee.**

**No. 03–16636.**

United States Court of Appeals, Ninth Circuit.

Submitted April 12, 2004.*

Decided April 16, 2004.

Michael John Stone, Indian Springs, NV, pro se.

Before: O'SCANNLAIN, RYMER and BEA, Circuit Judges.

### MEMORANDUM **

Nevada state prisoner Michael John Stone appeals pro se the district court's

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellant's motion for submission on the briefs is granted.

\*\* This disposition is not appropriate for publication and may not be cited to or by the

order denying his motion for leave to proceed in forma pauperis with his 28 U.S.C. § 2254 petition. Although it appears that the district court acted properly, we dismiss for lack of jurisdiction because "no certificate of appealability has been or could properly be issued." *See United States v. Mikels,* 236 F.3d 550, 551–52 (9th Cir.2001).

Stone's motions to impose sanctions and to expedite this appeal are denied.

DISMISSED.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.